# Exhibit A



**Merchants & Medical Credit Corporation, Inc.**

6324 Taylor Drive, Flint, Michigan 48507-4685
Local (810) 244-3318   Toll-Free (877) 931-8222

Business Hours - Eastern Standard Time
Monday - Thursday   8:15 A.M. -  9:00 P.M.
Friday              8:15 A.M. -  5:30 P.M.
Saturday            8:15 A.M. - 12:30 P.M.

Statement Date:    March 3, 2020
Reference Number:  ▓▓▓▓41

**CURRENT CREDITOR:** CAPITAL ONE, N.A.
**ORIGINAL CREDITOR:** CAPITAL ONE, N.A.
**RE:** YOUR KOHL'S CREDIT CARD ACCOUNT *****5480
**CURRENT BALANCE:** $349.60

Dear THOMAS KEWISH

This account has been placed with our office for collection and calls for payment in full. Please contact us so we may assist you in this matter.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of this debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Raeann Kenneth, Ext. 433

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

1376-ONMERC01-14-11/20/17

---

*** Detach Lower Portion And Return With Payment ***

Y25390CB40



PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

Inside Michigan       (810) 244-3318
Outside Michigan      (877) 931-8222
Business Hours - Eastern Standard Time
Monday - Thursday    8:15 A.M. -  9:00 P.M.
Friday               8:15 A.M. -  5:30 P.M.
Saturday             8:15 A.M. - 12:30 P.M.

Reference Number: ▓▓▓▓
Current Balance: $349.60

0008120024014759542978634569607---Y25390CB40 1376
THOMAS KEWISH
▓▓▓▓▓▓▓▓▓▓
Hutto TX 78634-5696



Merchants & Medical
Credit Corporation, Inc.
6324 Taylor Drive
Flint MI 48507-4685