**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| THOMAS C. KEWISH,<br><br>    Plaintiff,<br><br>v.<br><br>MERCHANTS & MEDICAL CREDIT CORPORATION, INC.,<br><br>    Defendant. | Case No: 1:20-cv-00454<br><br>Honorable Judge Robert Pitman |

## REPORT ON ALTERNATIVE DISPUTE RESOLUTION

Pursuant to Local Rule CV-88 and this Honorable Court's Scheduling Order (Dkt. #23), the Parties submit the following:

1. Status of settlement negotiations: Plaintiff has issued discovery requests and a notice of deposition to Defendant. The parties remain in communication regarding settlement.

2. Identity of persons responsible for settlement negotiations for each party:
    a. For Plaintiff: Marwan R. Daher, counsel for Plaintiff
    b. For Defendant: A. Lee Rigby, counsel for Defendant

3. At this time, the parties do not believe that this case is ready for mediation but will reevaluate their positions following discovery and/or the Court's ruling on dispositive motions. However, the parties believe that mediation would provide a forum to attempt meaningful efforts to accomplish resolution of this case, at the appropriate time, and that mediation would be the preferred method of ADR. Counsel for the parties certify that their respective clients have been informed of the ADR procedures available in the Western District of Texas. The parties have not agreed upon a potential mediator or mediation date. The parties believe, however, they will be able to mutually come to an agreement on mediation without necessitating involvement of the Court.

Dated: August 17, 2020 Respectfully submitted,

/s/ Marwan R. Daher
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (331) 307-7646
mdaher@sulaimanlaw.com

/s/ A. Lee Rigby
*Counsel for Defendant*
Rigby Slack Lawrence Berger + Comerford, PLLC
3500 Jefferson Street, Suite 330
Austin, Texas 78731
Telephone: (512) 782-2060
lrigby@rigbyslack.com

## **CERTIFICATE OF SERVICE**

      The undersigned, one of the attorneys for Plaintiff, certifies that on August 17, 2020 he caused a copy of the foregoing, REPORT ON ALTERNATIVE DISPUTE RESOLUTION, to be served via the Court's electronic filing database on all parties of record.

      Respectfully submitted,

      s/ Marwan R. Daher
      *Counsel for Plaintiff*